UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. ED CR 11-0095 VAP |
| Plaintiff(s), | ) ) ) | **RE-SENTENCING** PURSUANT TO MANDATE OF THE U.S. COURT OF APPEALS |
| v. | ) ) | |
| LADON MC CLELLAN, | ) ) | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF |
| Defendant(s). | ) ) ) | SUPERVISED RELEASE |

On Monday, May 19, 2014, the matter came on regularly for re-sentencing, pursuant to the Mandate of the U.S. Court of Appeals. The Defendant is represented by Retained Counsel, David J. P. Kaloyanides; and, the Government is represented by, Assistant United States Attorney, Ami Sheth.

The Court re-sentences the Defendant pursuant to the mandate of the U.S. Court of Appeals, with respect to the Amended Judgment and Commitment Order Following Revocation of Supervised Release, filed on July 10, 2013.

It is adjudged, the Defendant's original term of Supervised Release imposed on July 10, 2013, is ordered REVOKED.  The Court imposes a new term of Supervised Release, for a term of three(3) years, on the Amended Petition on Allegation No. One, filed on June 27, 2013, to run effectively from the date of July 8, 2013, under the original terms and conditions as previously imposed, and on the further condition that the Defendant serves twenty(26) weekends, which results to no additional time of custody, as term of custody has previously been served.

Defendant informed of right to appeal.

IT IS SO ORDERED.

Dated: May 23, 2014

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

CLERK, U. S. DISTRICT COURT

By: ___M. Dillard_____
M. Dillard, Courtroom Deputy

